IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY CO., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No 1-23-cv-00273 |
| GPEX, LLC, and VESTARON CORPORATION, | ) ) ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

All matters in dispute between the parties to the above-entitled cause having been satisfactorily compromised and settled:

**IT IS HEREBY STIPULATED AND AGREED** by and between said parties and/or their respective attorney: that the said cause may be dismissed without costs to any party, all costs having been paid.

**IT IS FURTHER STIPULATED AND AGREED** that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this stipulation.

**IT IS FURTHER STIPULATED AND AGREED** that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

**WHEREFORE**, the parties hereto pray that the court will enter an order dismissing complaint of Plaintiff with prejudice, with the court retaining jurisdiction to enforce the settlement.

ARTISAN AND TRUCKERS CASUALTY CO., *Plaintiff*

BY: /s/ D. William Porter
   D. William Porter, ARDC #6183435
   Michael P. Stauder, ARDC #6327642
   CHILTON YAMBERT PORTER LLP
   2000 South Batavia Avenue, Suite 200
   Geneva, Illinois 60134
   Phone: 630-262-4000
   Email: bporter@cyp-law.com
   Email: mstauder@cyp-law.com
   *Attorney for Plaintiff*

VESTARON CORPORATION, *Defendant*
Defendant

BY: /s/ Emily E. Garrison
   Emily E. Garrison, ARDC #6296559
   HONIGMAN LLP
   155 North Wacker drive, Suite 3100
   Chicago, IL 60606
   Telephone: (312) 701-9300
   Facsimile: (312) 701-9335
   Email: egarrison@honigman.com
   *Attorney for Defendant*