# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Artisan and Truckers Casualty Co.

                            Plaintiff,

v.                                                     Case No.: 1:23−cv−00273

                                                                     Honorable Steven C. Seeger

GPEX, LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 23, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the stipulation of dismissal (Dckt. No. [59]), which is self−effectuating under Rule 41(a)(1)(A)(ii). The complaint is dismissed with prejudice. All pending motions are denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.